THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Al-Tericke
 Praylow, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Newberry County
Paul M. Burch, Circuit Court Judge
 Roger L. Couch, Post-Conviction Judge
Memorandum Opinion No.  2008-MO-026
Submitted June 12, 2008  Filed June 16,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of the South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, and Assistant
 Attorney General Ashley McMahan, all of the Office of the Attorney General, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant the petition for a writ of certiorari and proceed with a review of the
 direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d
 60 (1986).
Counsel
 for petitioner has filed a brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and a petition to be relieved as counsel.  Petitioner has not
 filed a pro se response.  After a thorough review of the record
 pursuant to Anders, we dismiss the appeal and grant the petition to be
 relieved as counsel.
DISMISSED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.